IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. CUP, on behalf of himself and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL, AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO, <br><br> Plaintiffs, <br> v. <br><br> AMPCO-PITTSBURGH CORPORATION, AKERS NATIONAL ROLL COMPANY, and AKERS NATIONAL ROLL COMPANY HEALTH & WELFARE BENEFITS PLAN, <br><br> Defendants. | ELECTRONICALLY FILED <br><br> Civ. A. No. 2:17-cv-00189-AJS <br><br> Judge Arthur J. Schwab <br><br> Class Action <br><br> Demand for Jury Trial |

## ORDER OF COURT

AND NOW, this 4th day of February, 2019, upon consideration of the parties' Joint Status Update and Motion for Updated Deadline, it is **ORDERED** that the parties' motion is **GRANTED**. The parties will file a motion for preliminary approval of the settlement and certification of a settlement class, or a further status update on the status of the motion for preliminary approval, on or before March 4, 2019.

_____
Judge Arthur J. Schwab

DB1/ 102045812.1