IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. CUP, on behalf of himself and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL, AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>Plaintiffs,<br>v.<br><br>AMPCO-PITTSBURGH CORPORATION, AKERS NATIONAL ROLL COMPANY, and AKERS NATIONAL ROLL COMPANY HEALTH & WELFARE BENEFITS PLAN,<br><br>Defendants. | Civ. A. No. 2:17-cv-00189-AJS<br><br>Judge Arthur J. Schwab<br><br>Class Action<br><br>Demand for Jury Trial |

## ORDER OF COURT

AND NOW, this 25th day of March, 2019, upon consideration of the parties' Joint Status Update and Motion for Updated Deadline, it is **ORDERED** that the parties' motion is **GRANTED**. Plaintiffs will file a motion for preliminary approval of the settlement and certification of a settlement class on or before April 5, 2019.

_____
Judge Arthur J. Schwab