UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD A. CUP, on behalf of himself and all other persons similarly situated; and UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL, AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,<br><br>      Plaintiffs,<br><br>      v.<br><br>AMPCO-PITTSBURGH CORPORATION, AKERS NATIONAL ROLL COMPANY, and AKERS NATIONAL ROLL COMPANY HEALTH & WELFARE BENEFITS PLAN,<br><br>      Defendants. | Civ. A. No. 2:17-cv-00189-AJS<br><br>Judge Arthur J. Schwab<br><br>Class Action<br><br>Demand for Jury Trial |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs Ronald A. Cup ("Named Plaintiff") and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO/CLC have entered into a proposed settlement with Defendants Ampco-Pittsburgh Corporation, Akers National Roll Company, and the Akers National Roll Company Health & Welfare Benefits Plan. The Settlement Agreement appears in the record at Dkt. #87-1.

On March 28, 2019, this Court entered an order granting (1) class certification of the Settlement Class (as defined in the Settlement Agreement) for settlement purposes only; (2) preliminary approval of the Settlement Agreement; and (3) approval of the proposed Class Notice. (Dkt. #89). The Court also scheduled the hearing to determine the fairness, reasonableness and adequacy of the settlement set forth in the Settlement Agreement for July 22, 2019. Id. at ¶ 16. The Court's order provided that any objections to the settlement must be filed

with the Court post-marked no later than 30 calendar days before the hearing, or by June 22, 2019. Id. at ¶¶ 17-18. To date, there have been no objections to the settlement.

In support of final approval of the Settlement Agreement, Plaintiffs now submit the accompanying Memorandum of Law, as well as a proposed order.

Dated: July 8, 2019

Respectfully submitted,

 s/ Pamina Ewing
Pamina Ewing (PA No. 59244)
Email:  pewing@fdpklaw.com

Nathan Kilbert (PA No. 313939)
Assistant General Counsel
**United Steelworkers**
Five Gateway Plaza, Room 807
Pittsburgh, PA  15222
Telephone:  412-562-2562
Email:  nkilbert@usw.org

*Counsel for Plaintiff United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial, and Service Workers International Union, AFL-CIO*

Joel R. Hurt (PA No. 85841)
Ruairi McDonnell (PA No. 316998)
**FEINSTEIN DOYLE PAYNE**
  **& KRAVEC, LLC**
Law & Finance Building, Suite 1300
429 Fourth Avenue
Pittsburgh, PA  15219
Telephone:  412-281-8400
Fax:  412-281-1007
Email:  jhurt@fdpklaw.com
           rmcdonnell@fdpklaw.com

*Counsel for Plaintiffs*